IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MAX OTIS HINES, | ) | |
| Petitioner, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 1:16cv511-MHT (WO) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is granted.

(2) The United States Magistrate Judge's recommendation (doc. no. 20) is withdrawn.

(3) Petitioner Max Otis Hines's 18 U.S.C. § 924(c) conviction is vacated and he is to be re-sentenced in *United States v. Hines*, 1:05cr15-MHT (M.D. Ala.), in accordance with the accompanying opinion in this habeas case.

It is further ORDERED that the clerk of the court is to file in *United States v. Hines*, 1:05cr15-MHT (M.D. Ala.), copies of this judgment and the accompanying opinion entered in this habeas case.

It is further ORDERED that costs are taxed against the government, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of September, 2019.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**